UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CRIMINAL CASE NO. CR 122-011    DATE: 09/27/2022

USA V. Robert Alexander Dubose    TIME: 229pm - 256pm

JUDGE: Honorable J. Randal Hall    COURTROOM DEPUTY: Lisa Widener

COURT REPORTER: Lisa Davenport    INTERPRETER: —

ATTORNEY(S) FOR THE GOVERNMENT: Jeremiah Johnson

ATTORNEY(S) FOR THE DEFENDANT: Robert Hamlar

PROBATION OFFICER: Chris Ingalls

DEFENDANT SENTENCED ON COUNT(S): One

- Y PSI reviewed in full
- N Objections to factual basis
- N Objections to Guideline Calculations
- N Changes ordered
- N Factual Witness
- Y Statement by Counsel
- Y Statement by Defendant
- Y Appeal rights of defendant explained/(waived)

Custody: 84 months

Supervised Release: 3 years

Y Standard and Special Conditions of Release to be explained by USPO and a written to be provided to defendant

Probation —
Fine $ 1500.00
Restitution $ —
AVAA Sp. Assessment $ —
Special Assessment $ 100.00
Community Service: — hours within — months of release

Facility requested/recommended: Edgefield SC FCI

Defendant remanded Y
Voluntary surrender —
Departure from guidelines Y

Dismiss Count(s) —
Plea agreement accepted Y
Upward ✓ Downward ___